# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-89 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jerilee Jane Head, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 29, 2011

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge