## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| United States of America, | Criminal No. 11-89 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Jerilee Jane Head, | |
| Defendant. | |

_____

Before the Court are the Reports and Recommendations (Doc. Nos. 39 and 43) of United States Magistrate Judge Leo I. Brisbois and Defendant's Objections to the May 9, 2011 Report and Recommendation (Doc. No. 43) of Magistrate Judge Brisbois.  There were no Objections to the April 22, 2011 Report and Recommendation (Doc. No. 39). Judge Brisbois has recommended the denial of Defendant's Motion to Suppress Confessions or Statements of Defendant and denial of Defendant's Motion to Dismiss for Lack of Jurisdiction.

The Court has conducted the required de novo review of the Reports and Recommendations.  Based on that review, it is satisfied that Judge Brisbois' recommendations are fully supported by the factual record before him and by controlling legal principles.  Accordingly, and based upon all the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Objections (Doc. No. 44) are **OVERRULED**;

2. The Reports and Recommendations (Doc. Nos. 39 and 43) are both **ADOPTED**;

3. Defendants Motion to Dismiss for Lack of Jurisdiction (Doc. No. 24) is **DENIED**; and

4. Defendant's Motion for Suppression of Confessions or Statements in the Nature of Confessions and Suppression of Evidence Obtained by Search and Seizures (Doc. No. 22) is **DENIED**.

Dated: July 18, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge